PROB 35
(Rev. 1/92)

Report and Order Terminating Probation/Supervised
Release Prior to Original Expiration Date

## United States District Court

## FOR THE

## District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 DEC 28 AM 10: 25

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.

Docket No.    8:04CR162

Richard E. Hauptman

On November 29, 2001, Richard Hauptman was sentenced to 18 months custody, to be followed by 36 months supervised release. The period of supervised release commenced July 23, 2003. Richard Hauptman has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Richard Hauptman be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _28th_ day of _December_, 2005.

The Honorable Laurie Smith Camp
United States District Judge